**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 97-60627
(Summary Calendar)

LOUIS L. COGHLAN,

Plaintiff-Appellant,

versus

KENNETH S. APFEL,
COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 4:96-CV-81-LA

May 28, 1998

Before JONES, SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

Louis L. Coghlan appeals from a judgment affirming the decision of the Commissioner of Social Security denying his claim for disability insurance benefits. He argues that the Commissioner erred in relying on the medical-vocational guidelines rather than the testimony of the vocational expert and also in determining that Coghlan's testimony was not credible. He further argues that the Commissioner's decision was not supported by substantial evidence in the record.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the record and the briefs of the parties, and we AFFIRM for essentially the reasons set forth by the magistrate judge and adopted by the district court.  See Coghlan v. Apfel, No. 4:96-CV-81-LA (S.D. Miss. Aug. 21, 1997).

AFFIRMED.